UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Misc. Case No. _____

SILICON VALLEY BANK,

      Plaintiff,

vs.                                                                              21 Civ. 2552 (JPC)
                                                                 [re. 21 Civ. 5766 (JPC)][1]

JES GLOBAL CAPITAL GP III, LLC; and
ELLIOT S. SMERLING,

      Defendants
_____/

**NOTICE OF ORDER APPOINTING RECEIVER
PURSUANT TO 28 U.S.C. § 754**

*In re Smerling Litigation*
United States District Court
Southern District of New York
Case No. 21 Civ. 2552

      Pursuant to 28 U.S.C. § 754, James S. Feltman, the court-appointed Receiver for Elliot S. Smerling, JES Global Capital II, L.P., JES Global Capital GP II, LLC, JES Global Capital GP III, LLC, and the assets of the 61 Smerling-related entities, as set forth in Exhibit "A" to the *Order Granting Motion to (I) Consolidate SVB Action and Citizens Bank Action into a Single Action, (II) Appoint James Feltman as Receiver in Consolidated Action, and (III) Grant Unopposed Receivership Expansion Motion* entered in the United States District Court, Southern District of New York, Consolidated Case No. 21 Civ. 2552 (JPC), *In re Smerling Litigation* ("SDNY Action"), entered on July 19, 2021 (ECF No. 98) ("SDNY Order"), through

---

[1] Formerly *Citizens Bank, N.A. v. JES Global Capital II, L.P., JES Global Capital GP II, LLC and Elliot S. Smerling*, No. 21-80815-CIV-CANNON (S.D. Fla.) (the "Citizens Bank Action") filed in the Southern District of Florida and transferred to the Southern District of New York under Case No. 21 Civ. 5766, and thereafter consolidated with Case No. 21 Civ. 2552 (n/k/a *In re Smerling Litigation*).

undersigned counsel, hereby notifies the United States District Court in and for the Southern District of Florida of the appointment of James S. Feltman as Receiver, that Receivership Property[2] subject of the Receiver's jurisdiction and control is located in this District, and, accordingly, files the following:

1. **Exhibit 1** – *Order Granting Joint Motion to (I) Consolidate SVB Action and Citizens Bank Action into a Single Action, (II) Appoint James Feltman as Receiver in Consolidated Action, and (III) Grant Unopposed Receivership Expansion Motion* (SDNY Action, ECF No. 98);

2. **Exhibit 2** – *Order Appointing Receiver* (Citizens Bank Action, ECF No. 28), which was "adopted as an order of [the SDNY] in the Consolidated Action as modified" by the SDNY Order. (SDNY Action, ECF No. 98 at 4);

3. **Exhibit 3** – *Complaint* filed in the SDNY, *Silicon Valley Bank v. JES Global Capital GP III, LLC*, Case No. 21 Civ. 2552 (SDNY Action, ECF No. 1); and

4. **Exhibit 4** – *Verified Complaint* filed in the Citizens Bank Action (Citizens Bank Action, ECF No. 1).

Dated: July 22, 2021

Respectfully submitted,

/s/ *Gavin C. Gaukroger*
Paul Steven Singerman, Esq.
Florida Bar No. 378860
singerman@bergersingerman.com
Christopher Andrew Jarvinen, Esq.
Florida Bar No. 021745
cjarvinen@bergersingerman.com
Gavin C. Gaukroger
Florida Bar No. 76489
ggaukroger@bergersingerman.com
Marianne Curtis
Florida Bar No. 92729

---

[2] "Receivership Property" is defined in the Order Appointing Receivership at p. 4, § 5.a, and included and expanded by the SDNY Order at p. 4.

2

mcurtis@bergersingerman.com
drt@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Ste. 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

*Counsel for James S. Feltman, Receiver*